**STIP**
LEE A. DRIZIN, ESQ.
Nevada Bar No. 4971
LESTER A. BERMAN, ESQ.
Nevada Bar No. 0149
**LEE A. DRIZIN, CHTD.**
2460 Professional Court
Suite 110
Las Vegas, Nevada 89128
(702) 798-4955
(702) 798-5955 (facsimile)
lee@leedrizin.com
lesberman@leedrizin.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ALFONSO MORALES, an individual; MORASI, INC., a California corporation,<br><br>Defendants. | Civil Action No.:<br><br>2:14-cv-00550-JCM-CWH<br><br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>**(Sixth Request)** |

Counsel for Defendant, Alfonso Morales, Lester A. Berman, Esq. of Lee A. Drizin, Chtd., and counsel for Plaintiff, Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada; Board of Trustees of the Teamsters Convention and Industry Training Fund Plaintiffs, Bryce C. Loveland, Esq. of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree to the following:

WHEREAS, a Stipulation to Extend Discovery Deadline (Fifth Request) was entered in this matter on June 22, 2015 extending the deadline for dispositive motions to July 29, 2015; and

1  WHEREAS, Counsel for the parties continue to conduct settlement negotiations.

2  THEREFORE, for the reasons set forth above, counsel for Defendant and Plaintiff stipulate and request that the court enter an order extending the dispositive motions deadline by 30 days to Friday, August 28, 2015.  If no dispositive motions are filed, the deadline to file a pretrial order shall be Monday, September 28, 2015.  If dispositive motions are filed, the parties shall file a written, joint proposed Pretrial Order within 30 days of the date of the entry of an Order on said dispositive motions.

DATED  22nd  day of July, 2015.

| LEE A. DRIZIN, CHTD. | BROWNSTEIN HYATT FARBER & SCHRECK |
|---|---|
| By:  /s/ Lester A. Berman, Esq.<br>LESTER A. BERMAN, ESQ.<br>Nevada Bar No.0149<br>2460 Professional Ct., Suite 110<br>Las Vegas, NV 89128 | By:  /s/ Bryce C. Loveland, Esq.<br>BRYCE C. LOVELAND, ESQ.<br>Nevada Bar No. 010132<br>100 N. City Pkwy., Suite 1600<br>Las Vegas, NV 89106 |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Date: July 24, 2015