Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ALFONSO MORALES, an individual; MORASI, INC., a California corporation,<br><br>Defendant. | Case No. 2:14-cv-00550-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT ALFONSO MORALES, WITH PREJUDICE** |

Plaintiffs, the Boards of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and the Teamsters Convention Industry Training Fund ("Trust Funds") and Defendant Alfonso Morales, by and through their undersigned counsel of record, stipulate and agree that the

///

///

020036\0109\12387334.1                                                  1

Trust Funds' claims against Alfonso Morales are dismissed with prejudice, each party to bear their own fees and costs.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LEE A. DRIZIN, CHTD. |
|---|---|
| /s/ Bryce C. Loveland | /s/ Lester A. Berman |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Attorneys for Plaintiffs | Lee A. Drizin, Esq.<br>Nevada Bar No. 4971<br>Lester A. Berman, Esq.<br>Nevada Bar No. 0149<br>2460 Professional Court, Suite 110<br>Las Vegas, Nevada 89128<br>Attorneys for Alfonso Morales |
| Dated: August 7, 2015. | Dated: August 7, 2015. |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: August 10, 2015.